UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CATALINA GOMEZ, et als**
Plaintiffs,

v.                                                                                    CIVIL NO. 04-2259(DRD)

**UNITED STATES OF AMERICA,**
Defendant

| MOTION | RULING |
|---|---|
| **Date Filed:** 07/08/05<br>[ ] **Plff**              [X] **Deft**<br>[ ] **Other**<br><br>**Title:** Motion Requesting that Ad Danum be Reduced<br><br>(Docket No. 11) | **GRANTED**. Pursuant to 28 U.S.C. § 2675(b), plaintiff is barred from requesting a sum in excess of the amount of the claim presented at the federal agency. Accordingly, plaintiff's claim for $771,000.00 is reduced to $145,000.00. |
| **Date Filed:** 07/08/05<br>[ ] **Plff**              [X] **Deft**<br>[ ] **Other**<br><br>**Title:** Partial Motion to Dismiss and Memorandum in Support of Partial Motion to Dismiss<br><br>(Docket No. 12) | **GRANTED**. Pursuant to 28 U.S.C. §2675(a), plaintiff must comply with all administrative procedures **before** filing an action in this forum. Accordingly, not having the **Conjugal Partnership** in the instant claim exhausted all administrative remedies, said party's claim is **DISMISSED**.[1] |

|  |  |
|---|---|
| **Date: July 26, 2005** | S/ Daniel R. Dominguez<br>**DANIEL R. DOMINGUEZ**<br>U.S. District Judge |

---

[1]The Court will refrain from issuing a partial judgment at this time. The First Circuit strongly disfavors partial judgments as they foster piecemeal appeals. See Nichols v. Cadle Co., 101 F.3d 1448, 1449 (1st Cir. 1996) ("piecemeal appellate review invites mischief. Because the practice poses a host of potential problems we have warned, time and again, that Rule 54(b) should be used sparingly."); Zayas-Green v. Casaine, 906 F.2d 18, 21 (1st Cir. 1990) ("This final judgment rule . . . furthers 'the strong congressional policy against piecemeal review.'" Id. (quoting In re Continental Investment Corp., 637 F.2d 1, 3 (1st Cir. 1980)); Comite Pro Rescate De La Salud v. Puerto Rico Aqueduct and Sewer Authority, 888 F.2d 180, 183 (1st Cir. 1989); Consolidated Rail Corp v. Fore River Ry. Co., 861 F.2d 322, 325 (1st Cir. 1988); Spiegel v. Trustees of Tufts Coll., 843 F.2d 38, 43 (1st Cir. 1988); Santa Maria v. Owens-Ill., Inc., 808 F.2d 848, 854 (1st Cir. 1986)); see also United States v. Nixon, 418 U.S. 683, 690 (1974).